**Order entered October 26, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00328-CR
No. 05-22-00329-CR
No. 05-22-00330-CR
No. 05-22-00331-CR

**WILLIE JAMES JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-62050-M, F17-52308-M,**
**F17-52309-M & F17-52310-M**

## ORDER

Before the Court is appellant's October 25, 2022 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 30, 2022**. If appellant fails to file his brief by November 30, 2022, the Court may abate this case for a hearing in the trial court to

determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/ ERIN A. NOWELL
   JUSTICE